**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-1304-GW(JCGx) | Date | May 28, 2014 |
|---|---|---|---|
| Title | *Paul M. Salmas v. Convergent Outsourcing, Inc.* | | |

| Present: The Honorable | **GEORGE H. WU, UNITED STATES DISTRICT JUDGE** | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION

On April 23, 2014, an Order to Show Cause for Lack of Prosecution was issued for the following reason: failure to comply with FRCP 4(m).

Plaintiff was given until May 23, 2014 to respond and no response or objection has been filed. Plaintiff is hereby notified that this action is dismissed without prejudice.

**cc: Pro Per Plaintiff**

:

Initials of Preparer    JG